1028

[No. 26894-2-III.   Division Three.   March 17, 2009.]

JAMES E. BOWENS ET AL., *Respondents*, v. EMPIRE FIRE AND MARINE INSURANCE, *Defendant*, RICHARD S. EYRE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-04072-9, Salvatore F. Cozza, J., entered February 8, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Korsmo, JJ.

[No. 26895-1-III.   Division Three.   March 17, 2009.]

SALES CREATORS, INC., *Respondent*, v. LITTLE LOAN SHOPPE, LLC, ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-01831-4, Robert D. Austin, J., entered February 13, 2008. *Reversed* and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ. Now published at 150 Wn. App. 527.

[No. 26940-0-III.   Division Three.   March 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN DEAN ZASTE, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 07-1-00248-4, John Hotchkiss, J., entered March 3, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Korsmo, JJ.

[No. 26992-2-III.   Division Three.   March 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN LESTER ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-00960-5, Robert D. Austin, J., entered February 29, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kulik, JJ.